LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

FEB 12 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. CR-08-00009 |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **THEFT OF GOVERNMENT PROPERTY** |
| ROMMEL A. DESANJOSE, | ) [18 U.S.C. § 641] |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

On or about December 3, 2007, in the District of Guam, the defendant, ROMMEL A. DESANJOSE, willfully and knowingly, did steal and purloin United States property from the Army and Air Force Exchange Service, of the value of approximately $89.99, in violation of Title 18, United States Code, Section 641.

DATED this 12th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Benjamin A. Beliles*
BENJAMIN A. BELILES
Special Assistant U.S. Attorney

| Criminal Case Cover Sheet | | U.S. District Court |
|---|---|---|
| **Place of Offense:** | | |
| City    Hagatna | **Related Case Information:** | 08-00009 |
| Country/Parish    N/A | Superseding Indictment _____ Docket Number ~~08-00002~~ | |
| | Same Defendant _____  New Defendant    X | |
| | Search Warrant Case Number _____ | |
| | R 20/ R 40 from District of _____ | |

**Defendant Information:**

Juvenile: Yes ___ No  X    Matter to be sealed: ___ Yes  X  No

Defendant Name    Rommel A. Desanjose

Allisas Name    _____

Address    _____

Dededo, Guam

Birth date  XX/XX/1976   SS# XXX-XX-0077   Sex  M   Race  PI   Nationality  US

FILED
DISTRICT COURT OF GUAM
FEB 12 2008
JEANNE G. QUINATA
Clerk of Court
(STAMPED IN ERROR)

RECEIVED
FEB 12 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S. Attorney Information:**

SAUSA    Benjamin Beliles

Interpreter:   X  No  ___ Yes     List language and/or dialect:   N/A

**Location Status:**

Arrest Date    03 Dec 07

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts:    1         ___ Petty  X  Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1  18 U.S.C. § 641 | THEFT OF GOVERNMENT PROPERTY | 1 |
| Set | 2 _____ | _____ | ___ |
| Set | 3 _____ | _____ | ___ |
| Set | 4 _____ | _____ | ___ |

(Continued on reverse)

Date:  12 Feb 08     Signature of SAUSA:  *Benjamin A. Beliles*