LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 12 2008

**JEANNE G. QUINATA**
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR-08-00009 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS AND ORDER** |
| ROMMEL A. DESANJOSE, | ) | |
| Defendant. | ) | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, ROMMEL A. DESANJOSE, based on an Information filed charging the defendant with one count of theft of government property in violation of 18 U.S.C. § 641.

Respectfully submitted this 12th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorne
Districts of Guam and NMI

By: *Benjamin A. Beliles*
BENJAMIN A. BELILES
Special Assistant U.S. Attorney

ORIGINAL