LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00009 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| | ) **Re: United States' Request** |
| ROMMEL A. DESANJOSE, | ) **For Issuance of Summons** |
| Defendant. | ) |

Upon the filing of an Information and the request of the government,

IT IS SO ORDERED that a summons be issued for the above-named defendant to appear before this Court on Friday, February 22, 2008, at 9:30 a.m.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Feb 14, 2008**