AO83 (Rev. 10/03) Summons in a Criminal Case

FILED
DISTRICT COURT OF GUAM

FEB 15 2008

JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

| UNITED STATES OF AMERICA V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| ROMMEL A. DESANJOSE | Case Number: CR-08-00009-001 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| | Date and Time |
| Before: Honorable Joaquin V. E. Manibusan, Jr. | Friday, February 22, 2008 at 9:30 a.m. |

To answer a(n)
☐ Indictment  X Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title \_\_\_\_18\_\_\_\_ United States Code, Section(s) \_\_\_641\_\_\_

Brief description of offense:

Theft of Government Property

RECEIVED
FEB 14 2008
US MARSHALS SERVICE-GUAM

ORIGINAL

| MARILYN B. ALCON; Deputy Clerk | *signature* |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

| February 14, 2008 | |
|---|---|
| Date | |

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 2/15/08 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS, Hagata. G—

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2/15/08
           Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.