# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00009  DATE: February 22, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori       Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio   Electronically Recorded: 10:00:07 - 10:09:36
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Rommel A. Desanjose      Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☐ P.R.   ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Benjamin A. Beliles  U.S. Agent:
U.S. Probation: Christopher Duenas  U.S. Marshal: D. Punzalan
Interpreter:                        Language:

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant orally consented to enter his plea before a U.S. Magistrate Judge.
- Defendant waives reading of Information.
- Plea entered: Not guilty
- Trial set for: April 22, 2008 at 9:30 a.m.
- Court modifies subsection O of the release conditions from any use of alcohol, to excessive use of alcohol.
- Defendant released.

NOTES: