1

2

3

4

5

6                          DISTRICT COURT OF GUAM

7                             TERRITORY OF GUAM

8

9    UNITED STATES OF AMERICA,                 CRIMINAL CASE   NO. 08-00009

10                  Plaintiff,

11          vs.

12                                             **APPOINTMENT ORDER**

13   **ROMMEL A. DESANJOSE,**

14                  Defendant.

15

16          IT IS HEREBY ORDERED that the FEDERAL PUBLIC DEFENDER is appointed to

17   represent the defendant in the above-entitled case *nunc pro tunc* to February 14, 2008.

18

19

20                                             **/s/ Joaquin V.E. Manibusan, Jr.**
                                               **U.S. Magistrate Judge**
21                                             **Dated: Feb 22, 2008**

22

23

24

25

26

27

28