JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ROMMEL A. DESANJOSE

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-00009 |
| | ) | |
| Plaintiff, | ) | MOTION TO SCHEDULE CHANGE OF |
| | ) | PLEA HEARING AND VACATE TRIAL |
| vs. | ) | DATE |
| | ) | |
| ROMMEL A. DESANJOSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the defendant, JOSHUA L. CALBANG, through counsel, John T. Gorman, Federal Public Defender, and moves this Honorable Court to schedule a hearing for defendant's change of plea from not guilty to plea of guilty and to vacate the trial date currently scheduled for April 22, 2008. There is no written plea agreement in this case.

DATED: Mongmong, Guam, March 19, 2008.

/s/ JOHN T. GORMAN



Attorney for Defendant
ROMMEL A. DESANJOSE

## CERTIFICATE OF SERVICE

I, JOHN T. GORMAN, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on March 3, 2008:

BENJAMIN A. BELILES
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, March 3, 2008.

/s/ JOHN T. GORMAN



John T. Gorman
Federal Public Defender
District of Guam
Phone: (671) 472-7111
Facsimile: (671) 472-7120
GMT + 10:00 Hours

Attorney for Defendant
JOSHUA L. CALBANG