JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ROMMEL A. DESANJOSE

## IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00009 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | Granting Motion to Schedule Change of |
| | ) | Plea Hearing Date |
| ROMMEL A. DESANJOSE, | ) | |
| Defendant. | ) | |

At the request of the Defendant,

IT IS HEREBY ORDERED that a change of plea hearing be scheduled for Thursday, March 27, 2008, at 9:00 a.m.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Mar 25, 2008**