# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-08-00009             DATE: March 27, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz      Electronically Recorded: 9:09:09 - 9:19:28
CSO: B. Pereda

**APPEARANCES:**
Defendant: Rommel A. Desanjose      Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Benjamin Beliles      U.S. Agent:
U.S. Probation: Stephen Guilliot      U.S. Marshal: None Present
Interpreter:      Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Plea entered: Guilty. No written plea agreement, see attached statement of facts.
- Plea: Accepted.
- Sentencing set for: June 25, 2008 at 9:00 A.M.
- Draft Presentence Report due to the parties: May 21, 2008
- Response to Presentence Report: June 4, 2008
- Final Presentence Report due to the Court: June 18, 2008
- Defendant released on bail as previously ordered by this Court.

NOTES:

Office of the
# FEDERAL PUBLIC DEFENDER
District of Guam
400 Route 8, Suite 501
Mongmong, Guam 96910

John T. Gorman
Federal Public Defender

Telephone: (671) 472-7111
Facsimile: (671) 472-7120

March 24, 2008

Judith Hattori
Law Clerk
United States Courthouse
4th Floor
520 West Soledad Avenue
Hagåtña, Guam 96910

Re: ROMMEL A. DESANJOSE, CR 08-00009

Dear Judith:

At my client's guilty plea hearing, he will be stipulate to the following facts as to the offense of Theft of Government Property, pursuant to 18 U.S.C. § 641:

> On December 3, 2007, at the Army and Air Force Exchange Store on Andersen Air Force Base, on Guam, I did willfully and knowingly steal an item worth approximately $89.99. This item was the property of the U.S. government and I intended to deprive the U.S. government of the use and benefit of this item.

Please do not hesitate to contact me if you have any questions.

Sincerely,

JOHN T. GORMAN
Federal Public Defender

cc: Benjamin A. Beliles, U.S. Attorneys Office

RECEIVED
MAR 24 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM