**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff )<br>       )<br>vs.   )<br>       )<br>ROMMEL A. DESANJOSE )<br>    Defendant. )<br>_____) | CRIMINAL CASE NO. 08-00009-001<br><br><br>**MODIFICATION REPORT** |

**Re: Request for Modification of Release Conditions**

  On February 22, 2008, Rommel A. DeSanJose appeared before the Honorable Joaquin V.E. Manibusan, Jr. for an Initial Appearance and Arraignment relative to an Information charging him with the offense, to wit: Theft of Government Property, in violation of 18 U.S.C. § 641. The defendant pleaded not guilty and was released on a personal recognizance bond with conditions to include that he stay away from all ports of entry or exit. On March 27, 2008, the defendant returned to court and pleaded guilty to the offense and a sentencing hearing was scheduled for June 25, 2008.

**Special Condition:** *The defendant shall stay away from all ports of entry or exit.* On March 12, 2008, the defendant contacted this Probation Officer and stated that he was hired on March 7, 2008, with Aircraft Service International, Inc. dba BBA Aviation, a company headquartered in Orlando, Florida. Based on the defendant's current employment site, the Antonio B. Won Pat International Air Terminal, the Probation Officer feels that the condition prohibiting his presence at any port of entry or exit will negatively impact his employment as he will be forced to quit his job. The Probation Officer notes that the defendant relinquished his passport on March 7, 2008, therefore, the risk of flight has been adequately addressed.

  On April 4, 2008, the defendant appeared at the U.S. Probation Office and agreed to modify his pretrial release conditions, specifically, to delete the following condition:

    "The defendant shall stay away from all ports of entry or exit."

**Supervision Compliance:** The defendant had some noncompliance issues with failing to appear for drug testing at the Partnership of Melendez/Benavente mainly due to not having reliable transportation. On March 18, 2008, based on a substance abuse intake assessment performed by Dr. Judith Avery from the Marianas Psychiatric Services, the defendant was assessed to be at a low risk to abuse alcohol or drugs and did not need treatment. As a result, he was removed from regimental

MODIFICATION REPORT
Request for Modification of Release Conditions
Re: ROMMEL A. DESANJOSE
USDC Cr. Cs. No. 08-00009-001
Page 2

drug testing. The Probation Officer notes that periodic drug testing will be conducted on a discretionary basis. Otherwise, the defendant has been in compliance with his conditions of release.

**Recommendation:** This Probation Officer respectfully recommends that the Court modify the defendant's pretrial release conditions as outlined above pursuant to 18 U.S.C. § 3142(c)(3).

RESPECTFULLY submitted this 10th day of April 2008.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: Benjamin Beliles, SAUSA
John T. Gorman, Federal Public Defender
File