PS 42
(Rev. 07/93)

# United States District Court

## District of Guam

United States of America )
)
vs. )
)
Rommel A. DeSanJose )

Case No: 08-00009-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Rommel A. DeSanJose _____ , have discussed with _____ Maria C. Cruz _____ ,
Pretrial Services/Probation Officer, modifications of my release conditions as follows:

To delete the condition of: "The defendant shall stay away from all ports of entry or exit."

I consent to this modification of my release conditions and agree to abide by this modification.

_Rommel desanjose_ 04 Apr 2008 _Maria cruz_ 4/4/08
Rommel A. DeSanJose          Date          Maria C. Cruz          Date
Signature of Defendant                     Pretrial Services/Probation Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

John T. Gorman                                   4/9/08
Signature of Defense Counsel                     Date

☐ The above modification of conditions of release is ordered, to be effective on _____

☐ The above modification of conditions of release is *not* ordered.

_____                                   _____
Date

Judge
U.S. District Court of Guam