PS 42
(Rev. 07/93)

# United States District Court
## District of Guam

**FILED**
DISTRICT COURT OF GUAM
APR 29 2008
JEANNE G. QUINATA
Clerk of Court

United States of America )
)
vs. )
)
Rommel A. DeSanJose )   Case No: 08-00009-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Rommel A. DeSanJose_, have discussed with _Maria C. Cruz_, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

To delete the condition of: "The defendant shall stay away from all ports of entry or exit."

I consent to this modification of my release conditions and agree to abide by this modification.

_[signed] Rommel A. DeSanJose_     _04 Apr 2008_     _[signed] Maria C. Cruz_     _4/4/08_
Signature of Defendant                Date              Pretrial Services/Probation Officer     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signed]_     _4/9/08_
John T. Gorman                        Date
Signature of Defense Counsel

[X] The above modification of conditions of release is ordered, to be effective ~~on~~ _immediately_

[ ] The above modification of conditions of release is *not* ordered.

_[signed]_     _4/29/2008_
Joaquin V.E. Manibusan, Jr., U.S. Magistrate Judge     Date
Judge
U.S. District Court of Guam

ORIGINAL