LEONARDO M. RAPADAS
United States Attorney
KURT E. GRUNAWALT
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00009 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| ROMMEL A. DESANJOSE, | ) | |
| Defendant. | ) | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

RESPECTFULLY SUBMITTED this 10th day of June, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: /s/ Kurt E. Grunawalt
KURT E. GRUNAWALT
Special Assistant U.S. Attorney