# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

CASE NO.: CR-08-00009                    DATE: June 25, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori            Court Recorder: Mary Pangelinan
Courtroom Deputy: Walter M. Tenorio      Electronically Recorded: 9:20:39 - 9:47:32

**APPEARANCES:**

Defendant: Rommel A. Desanjose          Attorney: John Gorman
☑Present ☐Custody ☐Bond ☑P.R.          ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Kurt Grunawalt            U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter:                             Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to a probation term of 4 Years.
- Fine waived.
- Special assessment fee of $25.00 shall be paid immediately after sentencing.
- Perform 50 hours of community service.
- Defendant advised of appeal rights.
- Defendant shall abide by conditions of release previously imposed.

NOTES: