PS 40
(REV. 6/05)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**:  United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C.  20037

**FROM**:  Maria C. Cruz, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[ ]  **Original Notice**          [X]  **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **February 22, 2008** | Date: | **June 25, 2008** |
| By: | **Joaquin V.E. Manibusan, Jr.** **U. S. Magistrate Judge** | By: | **Joaquin V.E. Manibusan, Jr.** **U.S. Magistrate Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **DeSanJose, Rommel A.** | Case Number: | **Criminal Case #08-00009-001** |
| Date of Birth: | **XX-XX-1976** | Place of Birth: | **Manila, Philippines** |
| SSN: | **XXX-XX-0077** | | |

=================================================================

NOTICE OF COURT ORDER (Order Date:  **February 22, 2008**  )

[ ]  The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X]  The above-named defendant surrendered Passport Number  **XXXXXXX**  to the custody of the **U.S. Probation Office, District of Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ]  Defendant not convicted.

[X]  Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
      □ Not Convicted - PS40/Passport returned to defendant.
      □ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
      □ Convicted - PS40  and copy of Judgment enclosed.
Defendant (or representative)