ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
MARIA C. CRUZ
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00009-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **APPLICATION FOR** |
| vs. | ) | **RELEASE OF PASSPORT** |
| | ) | |
| HERNANDO ILILAU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, U.S. Probation Officer Maria C. Cruz, in the above-captioned case and requests for the release of Foreign Passport, Number XXXXXXXXX, to the defendant, Hernando Ililau.  The passport was surrendered to the custody of the U.S. Probation Office pending the disposition of this case.  On June 18, 2008, Mr. Ililau was sentenced to two years probation.

Dated this _30th_ day of June 2008.

/s/ MARIA C. CRUZ
U.S. Probation Officer